PAID

FILED

SEP - 9 2008

U.S. BANKRUPTCY COURT
BY_____DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                                         CASE NO.: 06-50080K

DAVID AGLETON
MELINDA AGLETON

DEBTORS                                   A CHAPTER 13 PROCEEDING

## MOTION TO SEVER CHAPTER 13 BANKRUPTCY

To the Honorable Ronald King, U.S. Bankruptcy Judge:

    Comes Now, **David Agleton and Melinda Agleton, Debtors** in the above matter and respectfully represents:

I.

    On January 18, 2006, Debtors filed this Petition for relief under Chapter 13 of the Bankruptcy Code.

II.

    The Court has jurisdiction over this matter pursuant to 28 USC Section 157(b) and 11 USC Section 302.

III.

    Debtor, **David Agleton,** wishes to be severed from this Chapter 13 proceeding and issued his own case number and requests continued representation by Paul W. Rosenbaum.

Wherefore, Premises Considered, **Debtors** moves the Court for an Order severing **David Agleton** from the pending Chapter 13 proceeding.

Respectfully submitted,

*[signature]*

Paul W. Rosenbaum
Heidi McLeod
San Pedro Plaza
7330 San Pedro, Ste 150
San Antonio, Tx 78216
Bar # 17267550
Bar # 13764700

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Sever Chapter 13 Bankruptcy was mailed on the  8  day of September 2008 to:

Marion A. Olson, Jr.
Chapter 13 Trustee
1020 N.E. Loop 410, Ste. 800
San Antonio, Texas 78209

U.S. Trustee
P.O. Box 1539
San Antonio, Texas 78295

David Agleton
7010 Marshall Pass
San Antonio, TX 78240

Melinda Agleton
7221 Lamb Rd. #902
San Antonio, Texas 78240

William B. Chenault Jr.
909 NE Loop 410 Ste 635
Alamo Savings Tower
San Antonio, TX 78209

Along with the attached matrix of creditors.

ROSENBAUM LAW SERVICES
Paul W. Rosenbaum
Heidi McLeod
Attorney for Debtor(s)
7330 San Pedro, Ste 150
San Antonio, Texas 78216
(210)344-7716
State Bar #17267550
StateBar#13764700

Debtor(s): David J. Agleton
Melinda Gay Agleton

Case No: 06-50080K
Chapter: 13

WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Ace Cash Express
c/o Republic Bank & Trust
601 West Market Street
Louisville, KY 40202-2700

CB & T
P.O. Box 105555
Atlanta, GA 30348-5555

Furniture Row
c/o Citibank
P.O. Box 9714
Gray, TN 37615

Advance America
c/o True Financial
P.O. Box 2803
Peachtree City, GA 30269-9998

Chris Lowder
4130 Burk Burnett Rd
Wichita Falls, TX 76306

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19141

Amercredit
P.O. Box 183853
Arlington, TX 76096

Cingular Wireless
c/ Collection Company
700 Longwater Dr.
Norwell, MA 02061

ISTA
7825 Baymeadows Way Suite 300 B
Jacksonville, FL 32256

Americredit
P.O. Box 183593
Arlington, TX 76096

City Public Service
P.O. Box 1771
San Aantonio, TX 78296

JSZ Financial Co., Inc.
5421 Alpha Rd. Ste 101
Dallas, TX 75240

Aspire
P.O Box 23007
Columbus, GA 31902-3007

Conn Credit Company
P.O. Box 2358
Beaumont, TX 77704

KIA Financial Services
P.O. Box 681811
Franklin, TN 37068-1811

Attorney General of U.S.
Main Justice Bldg/Rm 5111
10th & Constitution Ave NW
Washington, DC 20530

Country Home Daycare
8155 Fredericksburg Rd.
San Antonio, TX 78229

M & T Mortgage
1 Fountain Plaza
Buffalo, NY 14203

Boyajian Law Office
201 Route 17 North 5th Floor
Rutherford, NJ 07070-2574

Dr. Barber
12050 Vance Jackson Sute 201
San Antonio, TX 78230

Military Star
3911 S. Walton Walker Blvd
Dallas, TX 75236

Butler & Hosch, P.A.
17 South Briar Hollow Lane Suite
Houston, TX 77027

Dr. Holguin
12050 Vance Jackson Ste 101
San Antonio, TX 78230

North Texas Higher Education
120 N. Seven Oaks Dr.
Knoxville, TX 37922

Capital One
P.O. Box 85015
Richmond, VA 23285-5015

ECMC
7325 Beaufont Springs
Suite 200
Richmond, VA 23225

Pioneerml of Nevada
P.O. Box 10338
Kansas City, MO 64171

Capital One Services
P.O. Box 85015
Richmond, VA 23285-5015

First National Bank of Omaha
P.O. Box 2951
Omaha, NE 68103-2950

Providian
c/o Arrow Financial Services LLC
P.O. Box 469005
Chicago, IL 60645-9005

Debtor(s): David J. Agleton
Melinda Gay Agleton

Case No: 06-50080K
Chapter: 13

WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

```
Robert S. Busby, DDS
5282 Medical Drive Suite430
San Antonio, TX 78229

World Finance
c/o Personal Credit Plan
333 Valley IH Dr Ste 2203
San Antonio, TX 78227

Rosenbaum Law Services
7330 San Pedro
Suite 150
San Antonio, TX 78216

Southwest Texas Methodist Hosp
c/o West Asset Management
P.O. Box 2548
Sherman, TX 75091

Southwestern Bell
c/o Bay Area Credit Service, Inc
50 Airport Parkway Suite 100
San Jose, CA 95110

Springs at Bandera
8603 N. Loop 1604 West
San Antonio, TX 78249

Texoma Community Credit Union
P.O. Box 1320
Wichita Falls, TX 76307

Time Warner Cable
c/o CMI
4200 International Parkway
Carrollton, TX 5007-1906

U. S. Bank
4801 Frederica St.
Owensboro, KY 42301

U.S. Attorney's Office
Attn: Bankruptcy
601 N.W. Loop 410, #600
San Antonio, TX 78216-5512

United Consumer Financial
865 Bassett Rd.
Westlake, OH 44145
```