The relief described hereinbelow is SO ORDERED.

Signed October 07, 2008.



_____
Ronald B. King
United States Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:                                                CASE NO.: 06-50080K

DAVID AGLETON
MELINDA AGLETON

           DEBTORS                        A CHAPTER 13 PROCEEDING

### ORDER ON MOTION TO SEVER CHAPTER 13 BANKRUPTCY

On this day came on to be considered the Debtors' Motion Sever, it is therefore:

ORDERED

**David Agleton** is severed from this Chapter 13 proceeding and issued the following case number **08-53010**_____.

### ###